RECEIVED
SEP - 8 2014
AT 8:30 _____M
WILLIAM T WALSH CLERK

Kirby Toomer
2205 Exposition dr.
Williamstown, Nj 08094

Attn: Judge Juan Sanchez
   601 Market st.
   Room 11614
   Philadelphia, Pa 19106
Case#13-114 - Kirby Toomer

*Denied*
*So ordered*
[signature] 9/8/14

Dear Judge Juan Sanchez

I am writing this letter respectfully regarding the possibility of early termination of my supervised House Arrest Probation. It is written on my judgement that if I completed 6 months of home confinement successfully the court will entertain a petition to terminate the balance of the sentence of home confinement.

My attorney Guy Sciola has backed down from my case and told me he have to much on his plate for me to find someone else to file a petition for me. I paid him and I honestly can't afford to hire another attorney at this time.

I would like to thank you Judge Sanchez for for allowing me to serve my supervised house arrest probation at home. During this time I have come to understand that what I did was legally and morally wrong. I have embarrassed myself, my children, my parents, and others. I am very sorry for selfish actions in regards to this matter. It was very unacceptable for me to have done False Statements to obtain a loan.

Regardless of what you decide Judge Sanchez. I want u to know that this has been a wake up call for me, and I am sincere in my goal of changing my life for the better as a result of this. I hopefully anticipate a termination of my supervised house arrest probation as an opportunity to prove that I am a much better person. I humbly ask that you give me this opportunity Judge Sanchez to show you I have changed for the better.

I remain respectfully
   Kirby Toomer

Sent from my iPhone